No. 99–5682.  MACK *v.* UNITED STATES POSTAL SERVICE, 528 U. S. 914.  Motion for leave to file petition for rehearing denied.

MARCH 21, 2000

No. 99A783.  HAMPTON, BY AND THROUGH PINCUS, AS NEXT FRIEND *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

MARCH 22, 2000

No. 99A786.  BELL, WARDEN *v.* COE.  Application to vacate stay of execution of sentence of death entered by the United States District Court for the Middle District of Tennessee on March 22, 2000, presented to JUSTICE STEVENS, and by him referred to the Court, denied.